UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DAVID MILTON LEWIS, | )   Case No. 14-21645-13 RDB |
| | ) |
| Debtor. | ) |

**OBJECTION TO CONFIRMATION OF MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN DEBTOR AND CREDITOR HANNAH LOUISE FRITZEL**

COMES NOW interested party Brian Tolefree, by and through undersigned counsel, and for his Objection to Confirmation of Chapter 13 Plan, does state and allege as follows:

1. Debtor David Milton Lewis ("Debtor") filed a voluntary petition under chapter 13 of the Bankruptcy Code on July 11, 2014.

2. Debtor filed his Motion to Approve Compromise and Settlement Between Debtor and Creditor Hannah Louise Fritzel ("Motion") on September 25, 2014.

3. Tolefree joins in the objection to the Motion set forth by Sula Teller in her objection to the Motion.

4. Specifically, if Hannah Fritzel is to be treated as an equity owner of Milton's, she should be paid only after other creditors of Milton's.

WHEREFORE, Tolefree requests that the Court deny the Motion, and for such other relief as is just and proper.

Respectfully Submitted:

*s/ Shane J. McCall*
Shane J. McCall, KS #24564
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Fax
smccall@lcdlaw.com

Attorney for Brian Tolefree

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of October, 2014, a true and correct copy of the above and foregoing Objection was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                           s/ Shane J. McCall
                                           Shane J. McCall